**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERI LYN MCKINNON, | CASE NO.:   2:12-cv-01809-RCJ-CWH |
| Plaintiff, | |
| vs. | ORDER |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, DOES 1 through 10, and DOE AGENCIES 1 through 10; ROE CORPORATIONS 1 through 10, inclusive. | |
| Defendants. | |

The parties have agreed to settle this matter, and expect to complete settlement documentation and submit a stipulation for dismissal, with prejudice, within the next 30 days. Presently, there is a Joint Interim Status Report due today, August 22, 2013. This and all other pending matters are moot given the settlement.

. . .

. . .

. . .

. . .

. . .

{26959269;1}

In light of the Notice of Settlement, the Court grants the parties' request for extension of time to file a Joint Interim Status Report.   The parties shall file a stipulation for dismissal with prejudice on or before Friday, September 27, 2013.  The parties shall be required to file a Joint Interim Status Report on or before Friday, September 27, 2013, this deadline will become moot once the stipulation for dismissal is filed with the Court.

The Court denies as moot Hartford's Partial Motion to Dismiss Plaintiff's First Amended Complaint (#21) in light of the Notice of Settlement stating that the parties believe all other pending matters are moot.

## CONCLUSION

For the foregoing reasons, IT IS ORDERED that the parties shall file with the Court a Stipulation for Dismissal With Prejudice on or before Friday, September 27, 2013.

IT IS FURTHER ORDERED that the parties shall file with the Court a Joint Interim Status Report on or before Friday, September 27, 2013.

IT IS FURTHER ORDERED that Hartford's Partial Motion to Dismiss Plaintiff's First Amended Complaint (#21) is DENIED as MOOT.

IT IS SO ORDERED.

DATED: This 23rd day of August, 2013.

_____
ROBERT C. JONES
Chief Judge